The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CANVA US, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACCESSIFY, LLC, a Texas limited liability company, and ASCEND IP, LLC, a Washington limited liability company,<br><br>Defendants. | Case No. 2:23-cv-1945-JLR<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>[CLERK'S ACTION REQUIRED] |

## STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Canva US, Inc. ("Canva") and Defendants Accessify, LLC ("Accessify") and Ascend IP, LLC ("Ascend IP") (collectively, the "Parties") hereby state that they have resolved the matters in controversy between them. Accordingly, the Parties stipulate that Canva's claims against Accessify and Ascend IP are dismissed WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

//

//

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(*CASE NO. 2:23-CV-1945-JLR*) - 1

**Hillis Clark Martin & Peterson P.S.**
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Facsimile: (206) 623-7789

1  DATED this 8th day of November, 2024.

2

3  HILLIS CLARK MARTIN & PETERSON P.S.                MANN LAW GROUP PLLC

4  By: *s/Michael J. Ewart*                           By: *s/Philip P. Mann*
       Michael J. Ewart, WSBA #38655                       Philip P. Mann, WSBA #28860
5      999 Third Avenue, Suite 4600                        403 Madison Ave. N., Suite 240
       Seattle, WA 98104                                   Bainbridge Island, Washington 98110
6      206.623.1745                                        Telephone: (206) 436-0900
       jake.ewart@hcmp.com                                 Email: phil@mannlawgroup.com
7

8  TURNER BOYD SERAPHINE LLP                          ROZIER HARDT MCDONOUGH PLLC

9      Jennifer Seraphine *(Pro Hac Vice)*                James F. McDonough, III *(Pro Hac Vice)*
       Marc David Peters *(Pro Hac Vice)*                 659 Auburn Avenue NE, Unit 254
10     Jacob Zweig *(Pro Hac Vice)*                       Atlanta, Georgia 30312
       Alexander Samuel Krois *(Pro Hac Vice)*            Telephone: (404) 564-1866
11     155 Bovet Road, Suite 750                          Email: jim@rhmtrial.com
       San Mateo, CA 94402
12     650.521.5930
       seraphine@turnerboyd.com                           C. Matthew Rozier *(Pro Hac Vice)*
13     mdpeters@turnerboyd.com                            500 K Street, 2nd Floor
       zweig@turnerboyd.com                               Washington, District of Columbia 20005
14     krois@turnerboyd.com                               Telephone: (404) 779-5305
                                                          Email: matt@rhmtrial.com
15

16  *Attorneys for Plaintiff Canva US, Inc.*           *Attorneys for Defendants Accessify, LLC and Ascend IP, LLC*

17

18

19

20

21

22

23

24

25

26

*STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE*                  **HILLIS CLARK MARTIN & PETERSON P.S.**
(*CASE NO. 2:23-CV-1945-JLR*) - 2                                    999 Third Avenue, Suite 4600
                                                                     Seattle, WA 98104
                                                                     Tel: (206) 623-1745
                                                                     Facsimile: (206) 623-7789

# ORDER

IT IS SO ORDERED. All claims asserted by Plaintiff Canva US, Inc. against Defendants Accessify, LLC and Ascend IP, LLC are dismissed with prejudice and without fees or costs to any party.

Dated this __8th__ day of __November__, 2024.

_____
HON. JAMES L. ROBART

Presented by:

| | |
|---|---|
| HILLIS CLARK MARTIN & PETERSON P.S. | MANN LAW GROUP PLLC |
| By: *s/Michael J. Ewart* | By: *s/Philip P. Mann* |
|    Michael J. Ewart, WSBA #38655 |    Philip P. Mann, WSBA #28860 |
|    999 Third Avenue, Suite 4600 |    403 Madison Ave. N., Suite 240 |
|    Seattle, WA 98104 |    Bainbridge Island, Washington 98110 |
|    206.623.1745 |    Telephone: (206) 436-0900 |
|    jake.ewart@hcmp.com |    Email: phil@mannlawgroup.com |
| TURNER BOYD SERAPHINE LLP | ROZIER HARDT MCDONOUGH PLLC |
|    Jennifer Seraphine *(Pro Hac Vice)* |    James F. McDonough, III *(Pro Hac Vice)* |
|    Marc David Peters *(Pro Hac Vice)* |    659 Auburn Avenue NE, Unit 254 |
|    Jacob Zweig *(Pro Hac Vice)* |    Atlanta, Georgia 30312 |
|    Alexander Samuel Krois *(Pro Hac Vice)* |    Telephone: (404) 564-1866 |
|    155 Bovet Road, Suite 750 |    Email: jim@rhmtrial.com |
|    San Mateo, CA 94402 | |
|    650.521.5930 |    C. Matthew Rozier *(Pro Hac Vice)* |
|    seraphine@turnerboyd.com |    500 K Street, 2nd Floor |
|    mdpeters@turnerboyd.com |    Washington, District of Columbia 20005 |
|    zweig@turnerboyd.com |    Telephone: (404) 779-5305 |
|    krois@turnerboyd.com |    Email: matt@rhmtrial.com |
| *Attorneys for Plaintiff Canva US, Inc.* | *Attorneys for Defendants Accessify, LLC and Ascend IP, LLC* |

*STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (CASE NO. 2:23-CV-1945-JLR)* - 3

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Facsimile: (206) 623-7789

# CERTIFICATE OF SERVICE

I, Erika M. Donis, caused to be served a true and correct copy of the foregoing document by method indicated below and addressed to the following:

| | |
|---|---|
| Philip P. Mann<br>MANN LAW GROUP PLLC<br>403 Madison Ave. N., Suite 240<br>Bainbridge Island, Washington 98110<br>Telephone: (206) 436-0900<br>Email: phil@mannlawgroup.com | *Delivery Via:*<br>[ ] U.S. Mail<br>[ ] Overnight Mail<br>[ ] Facsimile<br>[☒] E-Mail<br>[☒] CM/ECF |

James F. McDonough, III
ROZIER HARDT MCDONOUGH PLLC
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866
Email: jim@rhmtrial.com

C. Matthew Rozier
ROZIER HARDT MCDONOUGH PLLC
500 K Street, 2nd Floor
Washington, District of Columbia 20005
Telephone: (404) 779-5305
Email: matt@rhmtrial.com

*Counsel for Defendants*

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 8th day of November, 2024, at Alexandria, Virginia.

HILLIS CLARK MARTIN & PETERSON P.S.

*s/Erika M. Donis*
Erika M. Donis, Legal Assistant
erika.donis@hcmp.com

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(*CASE NO. 2:23-CV-1945-JLR*) - 4

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Facsimile: (206) 623-7789